IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALTON JAY CARLTON, #263361, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-943-TMH |
| | ) [WO] |
| LOUIS BOYD, WARDEN, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #19) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #19) of the Magistrate Judge is ADOPTED. It is further

ORDERED that Plaintiff's Motion for voluntary dismissal is GRANTED and this case is DISMISSED without prejudice. No costs are to be taxed herein.

A separate judgment shall be entered.

Done this 28th day of January, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE